# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2662 Disciplinary Docket No. 3 |
| | : | |
| NEAL J. BLAHER | : | Board File No. C1-19-827 |
| a/k/a NEAL JONATHAN BLAHER | : | |
| | : | (Supreme Court of Florida, Case No. |
| | : | SC14-2241) |
| | : | |
| | : | Attorney Regis. No. 46362 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

   **AND NOW**, this 6th day of December, 2019, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Neal J. Blaher, a/k/a Neal Jonathan Blaher, is disbarred in the Commonwealth of Pennsylvania.  He shall comply with all the provisions of Pa.R.D.E. 217.